PENN ARCADE REALTY CORPORATION, Respondent, v. BERNARD SHOTKIN, Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of A. STROUD HAXTON for an Order Substituting Other Attorneys in Place of BIJUR & HERTS, in an Action Pending Entitled " DONALD SYMINGTON and Others, Plaintiffs, v. A. STROUD HAXTON, Defendant."— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS SHINE, Respondent, v. EMERY & BEERS Co., INC., Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MOSES JACOBS, Appellant, v. CHARLES E. JOHNSON and Others, Respondents. — Motion granted to the extent indicated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent, to Vacate Assessment etc., Paving of South Street from Whitehall to Corlears Street. THE CITY OF NEW YORK, Appellant. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM G. GRIFFIN, Respondent, v. JOB E. HEDGES, as Receiver, etc., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAVID J. FOX and Others, Respondents, v. TAUBEL-SCOTT-KITZMILLER Co., INC., Impleaded, etc., Appellant.— Motion granted and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLOTTE DEVLIN, Respondent, v. NEW YORK MUTUAL CASUALTY TAXICAB INSURANCE ASSOCIATION, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET MULREADY, as Administratrix, etc., Respondent, v. JOB E. HEDGES, as Receiver, etc., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNA KERN, Respondent, v. THE THIRD AVENUE RAILWAY COMPANY, Defendant, Impleaded with M. G. TRUCKING Co., INC., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNIE O'BRIEN and Another, as Administrators, etc., Respondents, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Defendant, Impleaded with Another, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DOMINICK GIOVANAZZI, Respondent, v. LIBERTY STEVEDORING COMPANY, Defendant, Impleaded with SUBMARINE BOAT CORPORATION, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DOMINICK GIOVANAZZI, Respondent, v. LIBERTY STEVEDORING COMPANY Appellant, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY AUSTIN HALL, Respondent, v. CLINTON MUDGE HALL, Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.